IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00945-WJM-STV

TAGE RUSTGI,

    Plaintiff,

v.

STEVE REAMS, in his individual capacity,
MICHAEL RECOR, in his individual capacity,
TYLER PISCOYA, in his individual capacity,
JOSEPH MARTINEZ, in his individual capacity,
MICHAEL THOMPSON, in his individual capacity,
KYLE PENNY, in his individual capacity,
ANDREW WILSON, in his individual capacity,
SAVANNAH COBLE, in her individual capacity,
ANNA ERICKSON, in her individual capacity,
BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO,

    Defendants.

---

**DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO PREPARE AND FILE TEN RESPONSIVE PLEADINGS TO PLAINTIFF'S AMENDED COMPLAINT [ECF 50]**

---

Defendants Sheriff Steve Reams, Michael Recor, Tyler Piscoya, Joseph Martinez, Michael Thompson, Kyle Penny, Andrew Wilson, Savannah Coble, Anna Erickson, and the Board of County Commissioners of Weld County Colorado ("BOCC") (collectively "Defendants"), by and through counsel, Hall & Evans, L.L.C., and under Fed.R.Civ.P. 6 and related authorities, hereby submit this Unopposed Motion for Extension of Time to Prepare and File Ten Responsive Pleadings to Plaintiffs' Amended Complaint [ECF 50], and respectfully seek an extension of time to do so until and including Wednesday, June 30, 2021, stating in support as follows:

1

**D.C.COLO.LCivR 7.1(a):** Undersigned counsel conferred with Plaintiff's counsel respecting this Motion. As indicated in this Motion's title, Plaintiff's counsel indicated Plaintiff does not oppose the relief requested in the Motion.

## I. DISCUSSION

1. Pursuant to WJM Civ. Prac. Std. II.D.2, this Unopposed Motion is filed well in advance of the date on which Defendants' responsive pleadings presently are due.

2. Because Defendants were served with the District Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Jury Demand, and Denying Defendants' Motion to Bifurcate on Thursday, April 29, 2021 [ECF 82], the current deadline for Defendants to file their Answers to Plaintiffs' Complaint appears to be Thursday, May 13, 2021. [*See generally* Docket].

3. Fed.R.Civ.P. 6(b) provides if a party moves for an extension of time to complete an act before the expiration of the period to complete that act, the Court possesses the discretion to grant the sought-after extension of time.

4. Undersigned counsel has multiple cases for which he's responsible and on which he's worked diligently since late April 2021 and expects to work into May and June 2021, including but not limited to: (i) preparing for and defending six-hour client deposition in ***Robledo-Valdez v. Dick* et al.**, United States District Court for the District of Colorado Case No. 16-cv-00192-DDD-KLM, on April 29, 2021; (ii) preparing for, attending, and participating in a pre-litigation settlement conference in an undisclosed case with potentially significant alleged exposure for clients on April 30, 2021; (ii) drafting second supplemental discovery responses for clients and response to Plaintiffs' Motion to Quash Subpoenas and for Protective Order in ***Byers* et al. *v. Central Transport LLC* et al.**, New

2

Mexico First Judicial District Case No. D-101-CV-2018-02066, due April 30, 2021; (iii) Reply to Plaintiffs' Response to Motion to Dismiss Plaintiff's Complaint in ***Trujillo v. Board of County Commissioners for Weld County*** et al., United States District Court for the District of Colorado Case No. 20-cv-03697-CMA-SKC, due May 3, 2021; (iv) preparing for, and appearing for and participating in, three-hour oral argument involving Defendants' Motion for Summary Judgment in the aforementioned ***Byers*** matter; (v) preparation and filing of four separate Answers to Plaintiff's Second Amended Complaint in ***Turner v. Kiefer*** et al., United States District Court for the District of Colorado Case No. 20-cv-00281-CMA-KMT, due May 3, 2021; (vi) preparing and filing of client's lengthy Position Statement responsive to Claimant's Charge of Discrimination in ***Wyche-Gayle v. Peak Vista Community Health Centers***, EEOC Charge No. 541-2020-01596, due May 3, 2021; (vii) Unopposed Motion to Stay Discovery and Related Proceedings Until Resolution of All Defendants' Motions to Dismiss Plaintiff's Complaint in the in the aforementioned ***Trujillo*** matter, due May 4, 2021; (viii) multiple extensive confidential workplace investigation interviews for a municipal client during the timeframe of April 26, 2021 to May 12, 2021; (ix) two responsive pleadings in ***Martin v. Lamy*** et al., United States District Court for the District of Wyoming Case No. 21-cv-00012, due May 26, 2021 on one extension; (x) preparing multiple settlement statements in ***Martinez v. Caggiano*** et al., United States District Court for the District of Colorado Case No. 20-cv-00280-PAB-KMT, due May 26, 2021, and attendance at a Settlement Conference in that case on June 3, 2021; and (xi) witness lists, trial exhibit lists, and motions in limine due by June 7, 2021, in the aforementioned ***Byers*** matter.

3

5. Undersigned counsel is also actively involved in the discovery and dispositive motions processes in several other state and federal cases, and faces several additional deadlines throughout May 2021 and June 2021.

6. Moreover, undersigned counsel is still gathering documents and perspectives necessary to craft a responsive pleading to the Complaint. Significantly, undersigned counsel is confronted with a voluminous, 44-page, 150-paragraph Complaint which implicates nine different individual Defendants along with an entity Defendant, and therefore ten different perspectives which must be assessed and ten separate responsive pleadings which must be filed with the Court.

7. In addition, the Magistrate Judge recently converted the existing July 21, 2021, Status Conference into the Scheduling Conference in this matter, meaning the parties have until June 30, 2021, to conduct a Fed.R.Civ.P. 26(f) "meet and confer" and until July 14, 2021, to prepare and submit to the Magistrate Judge a proposed Scheduling Order.

8. Thus, Defendants request an extension of time until Wednesday, June 30, 2021, to file their responsive pleadings to ECF 50.

9. This is Defendants' first request for an extension of time respecting the deadline to prepare and file their responsive pleadings to ECF 50.

10. No further extensions of time respecting the deadline to prepare and file these ten responsive pleadings to ECF 50 will be needed or sought.

11. This Unopposed Motion is made in good faith and not for purposes of delay.

12. Further, the next Court deadline in this matter is not until July 14, 2021 [ECF 83], and Plaintiff's counsel already indicated Plaintiff does not oppose this relief, meaning neither any party nor the Court will be prejudiced by granting this relief.

4

13. Defendants also file this Unopposed Motion in advance of the presumptive deadline pursuant to Fed.R.Civ.P. 6(b)(1)(A), which authorizes the Court to grant a motion for extension of time made before the expiration of the original period of time.

14. Hence, good cause exists for the Court to grant the requested relief.

15. Finally, pursuant to D.C.COLO.LCivR 6.1(c) and WJM Civ. Prac. Std. II.D.2.b, this Unopposed Motion is being served contemporaneously via email upon an authorized representative of Defendants, namely Weld County Assistant County Robert Choate.

## II. CONCLUSION

In conclusion, Defendants Sheriff Steve Reams, Michael Recor, Tyler Piscoya, Joseph Martinez, Michael Thompson, Kyle Penny, Andrew Wilson, Savannah Coble, Anna Erickson, and the Board of County Commissioners of Weld County Colorado seek from the Court an Order: granting an extension of time until and including Wednesday, June 30, 2021, to file and serve responsive pleadings to Plaintiff's Amended Complaint, ECF 50; and entering all other and further relief which the Court deems just and proper.

Dated and respectfully submitted this 5th day of May, 2021.

*s/ Matthew J. Hegarty*
Matthew J. Hegarty
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
T:  303-628-3300
F:  303-628-3368
hegartym@hallevans.com
**ATTORNEYS FOR DEFENDANTS STEVE REAMS, MICHAEL RECOR, TYLER PISCOYA, JOSEPH MARTINEZ, MICHAEL THOMPSON, KYLE PENNY, ANDREW WILSON, SAVANNAH COBLE, ANNA ERICKSON, and BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO**

## **CERTIFICATE OF SERVICE [CM/ECF]**

I hereby certify that, on this 5th day of May, 2021, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO PREPARE AND FILE TEN RESPONSIVE PLEADINGS TO PLAINTIFF'S AMENDED COMPLAINT [ECF 50]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**David G. Maxted, Esq.**
**MAXTED LAW LLC**
dave@maxtedlaw.com

**Kathryn J. Stimson, Esq.**
**STIMSON STANCIL LABRANCHE HUBBARD, LLC**
stimson@sslhlaw.com

*Attorneys for Plaintiff*

*s/ Marlene Wilson*, Legal Assistant to
Matthew J. Hegarty
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
T: 303-628-3300
F: 303-628-3368
hegartym@hallevans.com
**ATTORNEYS FOR DEFENDANTS STEVE REAMS, MICHAEL RECOR, TYLER PISCOYA, JOSEPH MARTINEZ, MICHAEL THOMPSON, KYLE PENNY, ANDREW WILSON, SAVANNAH COBLE, ANNA ERICKSON, and BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO**