# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00945-WJM-STV

TAGE RUSTGI,

      Plaintiff,

v.

STEVE REAMS, in his individual capacity,
MICHAEL RECOR, in his individual capacity,
TYLER PISCOYA, in his individual capacity,
JOSEPH MARTINEZ, in his individual capacity,
MICHAEL THOMPSON, in his individual capacity,
KYLE PENNY, in his individual capacity,
ANDREW WILSON, in his individual capacity,
SAVANNAH COBLE, in her individual capacity,
AMY ERICKSON, in her individual capacity,
BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO,

      Defendants.

## JOINT NOTICE OF RESOLUTION

The parties, through their respective undersigned counsel, respectfully submit this Joint Notice of Resolution under D.C.COLO.LCivR 40.2(b).

The parties have reached a settlement in principle of all remaining claims involving all remaining parties in this matter.

The parties respectfully request that the Court permit 9 weeks (63 days) for the completion of final documents effectuating such resolution in principle and the filing with the Court OF papers sufficient to effect dismissal with prejudice of this matter.

Dated and jointly and respectfully submitted this 27th day of August 2021.

*s/ David G. Maxted*
David G. Maxted
MAXTED LAW LLC
1543 Champa Street Suite 400
Denver, CO 80202
dave@maxtedlaw.com
Tel.: 720.717.0877

*s/ Kathryn J. Stimson*
Kathryn J. Stimson
STIMSON STANCIL LABRANCHE
HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
stimson@sslhlaw.com
Tel./Fax: 720.689.8909

**ATTORNEYS FOR PLAINTIFF
TAGE RUSTGI**

*s/ Matthew J. Hegarty*
Matthew J. Hegarty
Katherine N. Hoffman
of HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
T:   (303) 628-3300
F:   (303) 628-3368
hegartym@hallevans.com
hoffmank@hallevans.com

**ATTORNEYS FOR DEFENDANTS
STEVE REAMS, MICHAEL RECOR,
TYLER PISCOYA, JOSEPH MARTINEZ,
MICHAEL THOMPSON, KYLE PENNY,
ANDREW WILSON, SAVANNAH
COBLE, ANNA ERICKSON, and BOARD
OF COUNTY COMMISSIONERS OF
COUNTY OF WELD, COLORADO**

## CERTIFICATE OF SERVICE

I certify that on August 27, 2021, I electronically served this *JOINT NOTICE OF RESOLUTION* with the clerk of the court using the CM/ECF system which will send notification to all counsel of record.

*s/ David Maxted*