IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00945-WJM-STV

TAGE RUSTGI,

    Plaintiff,

v.

STEVE REAMS, in his individual and official capacities,
MICHAEL RECOR, in his individual capacity,
TYLER PISCOYA, in his individual capacity,
JOSEPH MARTINEZ, in his individual capacity,
MICHAEL THOMPSON, in his individual capacity,
KYLE PENNY, in his individual capacity,
ANDREW WILSON, in his individual capacity,
SAVANNAH COBLE, in her individual capacity,
ANNA ERICKSON, in her individual capacity,
BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST ALL DEFENDANTS EXCEPT THE BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO

Plaintiff Tage Rustgi, through undersigned counsel and pursuant to Fed.R.Civ.P. 41, hereby submits this Unopposed Motion to Dismiss With Prejudice All Claims Against All Defendants Except the Board of County Commissioners of County of Weld, Colorado, as follows:

**D.C.COLO.LCivR 7.1(a):** As indicated in the title of this Motion, counsel for Defendants after conferral stated the relief sought in this Motion was unopposed.

1.    The Parties have settled this matter. [*See* Doc. 104].

2. As part of the Parties' resolution, Plaintiff requests that the Court dismiss with prejudice all claims against all Defendants except the Board of County Commissioners of County of Weld, Colorado.

3. Concomitantly, Plaintiff requests that the Court strike from this case's caption all Defendants except the Board of County Commissioners of County of Weld, Colorado.

4. Concomitantly, Plaintiff also requests that the Court direct the Clerk of this Court to make a corresponding change to the caption of this matter so that the matter henceforth will be referred to as ***Tage Rustgi v. Board of County Commissioners of County of Weld, Colorado***.

5. Plaintiff also advises that, pursuant to the Parties' resolution, he and the BOCC jointly intend this matter to be fully and finally dismissed with prejudice upon the filing of necessary papers to effect the same, which will be filed in short order after the Court's granting of this Unopposed Motion and which will list the Board of County Commissioners of County of Weld, Colorado as the sole remaining Defendant. BOCC has in turn affirmed it will complete all conditions it agreed to in the Parties' resolution.

6. In conclusion, Plaintiff Tage Rustgi moves in unopposed fashion for an Order from this Court: dismissing with prejudice all claims against all Defendants except the Board of County Commissioners of County of Weld, Colorado; striking from this case's caption all Defendants except the Board of County Commissioners of County of Weld, Colorado; and directing the Clerk of this Court to change the caption accordingly.

DATED this 22nd day of October, 2021.

                                              Respectfully submitted,

                                              *s/ David G. Maxted*
David G. Maxted, #52300
MAXTED LAW LLC
1543 Champa Street, Suite 400
Denver, CO 80202
dave@maxtedlaw.com
720.717.0877

                                              *s/ Kathryn J. Stimson*
Kathryn J. Stimson, #36783
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
stimson@sslhlaw.com
Tel./Fax: 720.689.8909
*Attorneys for Tage Rustgi*

### CERTIFICATE OF SERVICE

      I certify that on October 22, 2021, I electronically served this foregoing **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST ALL DEFENDANTS EXCEPT THE BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO** with the clerk of the court using the CM/ECF system which will send notification to all counsel of record.

                                              *s/ David G. Maxted*
David G. Maxted