IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 20-cv-0945-WJM-STV

TAGE RUSTGI,

    Plaintiff,

v.

STEVE REAMS, in his individual and official capacities,
MICHAEL RECOR, in his individual capacity,
TYLER PISCOYA, in his individual capacity,
JOSEPH MARTINEZ, in his individual capacity,
MICHAEL THOMPSON, in his individual capacity,
KYLE PENNY, in his individual capacity,
ANDREW WILSON, in his individual capacity,
SAVANNAH COBLE, in her individual capacity,
ANNA ERICKSON, in her individual capacity,
BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST ALL DEFENDANTS EXCEPT THE BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO**

---

    THE COURT, having reviewed Plaintiff's Unopposed Motion to Dismiss With Prejudice All Claims Against All Defendants Except the Board of County Commissioners of County of Weld, Colorado ("Motion") (ECF No. 106), hereby ORDERS as follows:

    Plaintiff's Motion is GRANTED for good cause shown. All claims against all Defendants except the Board of County Commissioners of County of Weld, Colorado, are hereby dismissed from this action, with prejudice, with each party to pay his, her or its own attorney's fees and costs.

The Clerk and the parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 26th day of October, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge