IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00945-WJM-STV

TAGE RUSTGI,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO,

    Defendant.

**JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO**

    Plaintiff Tage Rustgi and Defendant Board of County Commissioners of Weld County Colorado, through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41, jointly move for dismissal with prejudice of the above-captioned civil action, stating in support as follows.

    1.    The Parties jointly desire the dismissal of this action in its entirety and with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2).

    2.    The Parties agree each party shall bear his or its own attorney fees and costs.

    3.    The Parties request that this civil action be terminated.

Dated and jointly and respectfully submitted this 28th day of October, 2021.

| | |
|---|---|
| *s/ David G. Maxted* <br> David G. Maxted, #52300 <br> MAXTED LAW LLC <br> 1543 Champa Street, Suite 400 <br> Denver, CO 80202 <br> dave@maxtedlaw.com <br> 720.717.0877 <br><br> *s/ Kathryn J. Stimson* <br> Kathryn J. Stimson, #36783 <br> STIMSON STANCIL LABRANCHE HUBBARD, LLC <br> 1652 Downing Street <br> Denver, CO 80218 <br> stimson@sslhlaw.com <br> Tel./Fax: 720.689.8909 <br> Attorneys for Tage Rustgi <br><br> **ATTORNEYS FOR PLAINTIFF** | *s/ Matthew J. Hegarty* <br> Matthew J. Hegarty <br> Katherine N. Hoffman <br> of HALL & EVANS, L.L.C. <br> 1001 17th Street, Suite 300 <br> Denver, CO 80202 <br> T:   (303) 628-3300 <br> F:   (303) 628-3368 <br> hegartym@hallevans.com <br> hoffmank@hallevans.com <br><br> **ATTORNEYS FOR DEFENDANT BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO** |

## CERTIFICATE OF SERVICE

I certify that on October 28, 2021, I electronically served the foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST BOARD OF COUNTY COMMISSIONERS OF COUNTY OF WELD, COLORADO** with the clerk of the court using the CM/ECF system which will send notification to all counsel of record.

*s/ David G. Maxted* <br>
David G. Maxted